# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew L Massetti,<br><br>            Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>            Defendant. | **NO. CV-22-00465-PHX-DLR**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 29, 2022, this case is remanded to the Social Security Administration for further proceedings consistent with the Order.

Debra D. Lucas<br>
District Court Executive/Clerk of Court

November 29, 2022

s/ Rebecca Kobza<br>
By    Deputy Clerk